IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Michael Virzi and Natasha A. Brenchak, individually and on behalf of all other similarly situated, | ) ) ) ) | C/A   3:18-2902-TLW |
| Plaintiffs | ) ) | |
| vs. | ) ) | |
| First Citizens Bank of South Carolina, a wholly owned subsidiary of First Citizens Bancshares Inc., | ) ) ) | |
| Defendant. | ) ) ) | |

The court having now been advised by counsel for the parties that this case has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. The dismissal hereunder shall be *with prejudice* if no action is taken within sixty (60) days from the filing date of this Order.

IT IS SO ORDERED.


December 14, 2018                                          s/Terry L. Wooten
Columbia, SC                                               Terry L. Wooten
                                                           Chief United States District Judge